# United States Court of Appeals
## For the First Circuit

Nos. 15-1207; 15-1208; 15-1219

VALERIE BEZDEK, individually and on on behalf of all others similarly situated

Plaintiff - Appellee

v.

VIBRAM USA, INC.; VIBRAM FIVEFINGERS, LLC

Defendants - Appellees

MADELINE MONTI CAIN; JUSTIN FERENCE; MICHAEL NARKIN

Interested Parties - Appellants

No. 15-1209

BRIAN DEFALCO

Plaintiff - Appellee

v.

VIBRAM USA, INC.; VIBRAM FIVEFINGERS, LLC

Defendants - Appellees

JUSTIN FERENCE

Interested Party - Appellant

**JOINT MOTION FOR EXTENSION OF APPELLANTS' OPENING BRIEF DEADLINE**

**NOW COME** Interested Parties/Appellants, Madeline Monti Cain and Justin Ference ("Movants"), pursuant to *Federal Rules of Appellate Procedure 26(b)* and *27*, and move the Court for an extension of their opening brief deadline from May 4, 2015 to the earlier of June 22, 2015 or six (6) weeks from the settlement conference to allow the parties an opportunity to

participate in the mandatory settlement conference before unnecessarily incurring the time and expense associated with briefing this matter. As grounds, Movants would state as follows:

1. This case was first docketed for appeal on February 19, 2015. Thereafter, Movants timely filed docketing statements and transcript report/order forms. By Order of March 23, 2105 and then Corrected Order of March 24, 2015, the Movants' appeals were consolidated.

2. In the interim, on March 5, 2015, the parties on appeal were given notice of mandatory pre-argument settlement conference. The pre-argument settlement conference was set for March 31, 2015, to be conducted by the Honorable Patrick King. As the notice provides, the settlement conference was intended to occur "prior to the investment of significant time and expense by any party in prosecuting or responding to the appeal, such as the purchase of trial transcript or preparation of briefs."

3. On March 23, 2015, this Court issued Appellant's Briefing Notice setting May 4, 2015 as Movants' deadline for filing their opening brief(s), roughly five (5) weeks after the settlement conference.

4. On March 24, 2015, Movants were advised by e-mail by the Honorable Patrick King that the settlement conference was being cancelled because "Vibram will not settle unless the settlement resolves all of the appeals. Mr. Narkin, who is pro se, has no interest in resolving the appeal." However, the Honorable Patrick King indicated that the settlement conference could be rescheduled after Mr. Narkin's status was resolved,[1] which could take several weeks. A copy of the Honorable Patrick King's email of March 24 is attached hereto as **Exhibit A**.

---

[1] On March 24, 2015, this Court issued Mr. Narkin a notice of default and ordered that he pay the filing fee or a motion seeking *in forma pauperis* status by April 7, 2015 or his appeal would be dismissed for lack of prosecution.

5. Accordingly, this Court should extend the Movants' opening brief deadline from May 4, 2015 to the earlier of June 22, 2015 or six (6) weeks from the settlement conference to allow the parties an opportunity to participate in the mandatory settlement conference. In doing so, the Court will facilitate possible settlement as the avoidance of the time and expense associated with briefing makes settlement more likely. Further, since Movants' brief(s) need to be coordinated, additional brief preparation time is necessary.

6. This the first request for any extension made by Movants in this cause and is not made for any improper purpose or undue delay. Further, Movants do not anticipate making any further request for extension if the settlement conference occurs timely for the extended deadline.

**WHEREFORE**, Movants move for an extension of their opening brief deadline from May 4, 2015 to the earlier of June 22, 2015 or six (6) weeks from the settlement conference.

Respectfully submitted this the 27th day of March, 2015.

/s/ Christopher T. Cain
Christopher T. Cain, 1st Circuit Bar # 1165810
SCOTT & CAIN
550 W. Main Street, Suite 601
Knoxville, TN 37902
(865) 525-2150
cain@scottandcain.com
*Attorney for Madeline Monti Cain*

/s/   David C. Aisenberg
David C. Aisenberg, 1st Cir. Bar # 29002
LOONEY COHEN & AISENBERG, LLP
6TH Floor
33 Broad Street
Boston, MA 02109-0000
daisenberg@lca-llp.com
*Attorney for Justin Ference*

## CERTIFICATE OF SERVICE

    I, Christopher T. Cain, hereby certify that a true copy of the foregoing filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 27, 2015.

                                                                     /s/ Christopher T. Cain

## Chris Cain

| | |
|---|---|
| From: | Honorable_Patrick_King@ca1.uscourts.gov |
| Sent: | Tuesday, March 24, 2015 9:54 AM |
| To: | Chris Cain |
| Subject: | Re: 15-1193 Richard, et al. v. State Street Bank and Trust Co., et al |

Chris,
 You will be receiving a notice canceling the mediation in the Vibram case which was also scheduled for March 31st. The reason for this is that Vibram will not settle unless the settlement resolves all of the appeals. Mr. Narkin, who is pro se, has no interest in resolving the appeal. However, his appeal may end up being dismissed for pay the filing fee for the appeal. I am informed that a notice of default will be going out shortly. If he does not respond or pay the fee, his appeal will be dismissed and I can reschedule the mediation. It is also possible that he will seek to waive the fee due to his indigency. If he does, that process will take a few more weeks to play out. Let me know if you have any questions.
Judge King
Hon. Patrick J. King (ret.)
Settlement Counsel
United States Court of Appeals
1 Courthouse Way, Suite 3440
Boston, MA 02210
Office-617-748-9624
Cell-617-905-7061
FAX-617-748-4393



Exhibit A

1