NOS. 15-1207; 15-1208; 15-1209

# United States Court of Appeals For the First Circuit

VALERIE BEZDEK, individually and on behalf of all others similarly situated, *Plaintiff - Appellee,*

v.

VIBRAM USA, INC.; VIBRAM FIVEFINGERS, LLC, *Defendants - Appellees,*

MADELINE MONTI CAIN; JUSTIN FERENCE; MICHAEL NARKIN, *Interested Parties - Appellants.*

and

BRIAN DEFALCO, *Plaintiff - Appellee,*

v.

VIBRAM USA, INC.; VIBRAM FIVEFINGERS, LLC, *Defendants - Appellees,*

JUSTIN FERENCE *Interested Party - Appellant.*

On Appeal from the U.S. District Court for the District of Massachusetts

## APPELLANTS' MOTION FOR 31-DAY EXTENSION OF TIME TO FILE REPLY BRIEF

COME the Interested Parties– Appellants Madeline Monti Cain and Justin Ference (collectively, "Appellants"), by and through undersigned counsel, pursuant to *Fed. R. App. P. 26(b)*, and hereby move the Court for an extension of time to file

their Reply Brief from August 28, 2105 until September 28, 2015. As grounds for their request for a thirty-one (31) day extension, Appellants state as follows:

1. Appellants timely filed their opening brief on June 24, 2015.

2. Thereafter, on June 29, 2015, Appellees jointly moved for a fifteen (15) day extension from July 27, 2015 until August 11, 2015 to file their responsive briefs.

3. On June 30, 2015, Appellees' motion was granted with the Appellees receiving a fifteen (15) day extension from July 27, 2015 until August 11, 2015 to file their responsive briefs.

4. Appellees Valerie Bezdek and Brian DeFalco filed their fifty-four (54) page response brief on August 11, 2015. Later that same day, Appellees Vibram USA, Inc. and Vibram FiveFingers LLC filed their thirty-five (35) page response brief.

5. Appellants respectfully request a thirty-one (31) day extension of the deadline to file their reply brief to September 28, 2015, due to conflicting schedules in other matters and to accommodate certain pre-planned absences, including Parents Weekend at the United States Air Force Academy. Further, Appellants must simultaneously reply to two (2) briefs totaling eighty-nine (89) pages.

6. This request is made for cause, without any improper purpose, or undue delay. A thirty-one (31) day extension will, in no way, prejudice Appellees.

**WHEREFORE**, Appellants respectfully request that the Court extend the

deadline time to file Appellants' Reply Brief by thirty-one (31) days from August 28, 2105 until <u>September 28, 2015</u>.

Respectfully submitted, this 19th day of August, 2015.

/s Christopher T. Cain
Christopher T. Cain
First Circuit# 1165810
**SCOTT & CAIN**
Bank of America Center, Suite 601
550 Main Street
Knoxville, Tennessee 37902
Tel: 865-525-2150
Email:  cain@scottandcain.com

*Counsel for Madeline Monti Cain*

/s David Aisenberg
David Aisenberg
**LOONEY COHEN & AISENBERG LLP**
33 Broad Street, 6
Boston, Ma 02109
Tel: 617-371-1050
*Counsel for Justin Ference*

## CERTIFICATE OF SERVICE

I, Christopher T. Cain, do hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Nathaniel L. Orenstein
Berman DeValerio
1 Liberty Sq., 8th Flr
Boston, MA 02109

Janine Lee Pollack
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Ave
New York, NY 10016-0000

James R. Daly, III
Jones Day
Ste. 3500
77 W. Wacker Dr.
Chicago, IL 60601-0000

Christopher Michael Morrison
Jones Day
100 High St., 21st Floor
Boston, MA 02110-1781

This 19th day of August, 2015.

/s/ Christopher T. Cain
Christopher T. Cain